■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE FLOWERS, Appellant. [898 NYS2d 491]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 11, 2005 (*People v Flowers*, 20 AD3d 488 [2005]), affirming a judgment of the Supreme Court, Queens County, rendered March 25, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Fisher, Covello and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN SANDOVAL GALVEZ, Appellant. [898 NYS2d 856]—Appeal by the defendant from a judgment of the County Court, Rockland County (Alfieri, J.), rendered August 4, 2008, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant pleaded guilty with the full understanding that he would receive the sentence actually imposed and, therefore, he has no basis now to complain that the sentence imposed is excessive (*see People v Ubiles*, 59 AD3d 572 [2009]; *People v Grigg*, 53 AD3d 629, 630 [2008]; *People v Kazepis*, 101 AD2d 816, 817 [1984]). In any event, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Florio, Miller, Chambers and Roman, JJ., concur.